## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 5, 2012

## Notice of Clerk's Dismissal of Defendant

To:   All Parties

Re:  <u>Miller v. QV Gasoline et al</u>

Civil Action No.  3:11-cv-00480-TFM

Pursuant to the Notice of Voluntary Dismissal of Defendant QV Gasoline filed by the plaintiff on January 5, 2012, this defendant is dismissed from this case.