IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHANA NICOLE MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAI LEELA, LLC,<br><br>    Defendant. | Case No. 3:11-cv-480-TFM<br>Class Action |

## **O R D E R**

Upon consideration of the Parties' Joint Stipulation for Dismissal filed December 9, 2011 (Doc. # 17) and Plaintiff's Motion to Dismiss filed January 5, 2012 (Doc. #18) , it is

ORDERED and ADJUDGED that the Motion to Dismiss (Doc. #18) be and hereby is GRANTED and that this case be dismissed with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

This case is closed.

DONE this 10th day of January, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE